*In re* PEDRO M. GONZÁLEZ SÁNCHEZ.

*Número:* TS-5234        *Resuelto:* 14 de junio de 2004

*José A. Hernández Mayoral,* abogado de Pedro M. González Sánchez.

## RESOLUCIÓN

Visto el informe presentado por la Comisión de Reputación para el Ejercicio de la Abogacía, así como la Moción sobre Informe al Tribunal Supremo, sometido por el Lcdo. José A. Hernández Mayoral, se ordena el archivo de la queja ante nos y se reinstala a Pedro M. González Sánchez al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*